LAW OFFICES OF BARRY LEVINSON         E-FILED: 9/24/09
BARRY LEVINSON, ESQ.
Nevada Bar No.: 006721
MICHAEL S. TERRY, ESQ.
Nevada Bar No.: 11295
2810 S. Rainbow Blvd.
Las Vegas, Nevada 89146
(702) 836-9696
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In Re:                                  ) Case No. BKS-09-26973-MKN
                                       ) Chapter 13
                                       )
**STEPHEN CAMPBELL**          ) Hearing Date: October 22, 2009
**PATRICIA CAMPBELL**         ) Hearing Time: 2:30 PM
                         Debtor(s). ) Trustee: Kathleen Leavitt

## MOTION TO VALUE COLLATERAL, "STRIP OFF" AND MODIFY RIGHTS OF HSBC/MS TO 11 U.S.C. §506(a) AND §1322

Debtor, STEPHEN CAMPBELL and PATRICIA CAMPBELL, by and through attorney Michael S. Terry, Esq. of the Law Offices of Barry Levinson, hereby move this Court for its Order valuing collateral and modifying the rights of Creditor HSBC/MS pursuant to 11 U.S.C. §506(a), and §1322, and Bankruptcy Rules 3012 and 9014. In furtherance of this motion, Debtor states as follows:

1. Debtor filed the above captioned Chapter 13, Case Number 09-26973-MKN on SEPTEMBER 11, 2009.

2. On the petition date, Debtor owned real property located at 6647 Star Glow Ct., Las Vegas, Nevada 89118, legally described as:

STARLIGHT HACIENDA Plat Book 60 Page 96 Lot 5

APN 163-26-311-005, (hereinafter the "Property").

3. The value of the Property was $237,500.00 as of the petition date. See ZILLOW.COM attached hereto as Exhibit "A".

4. As of the petition date, the Property was encumbered by a First Trust Deed in favor of AMERICAS SERVICING CO., securing a note with a principal balance of $395,914.00.

5. As of the petition date, no equity existed in the Property above the claim of HSBC/MS holds a Second Trust Deed securing a note with a principal balance of $102,202.00. This Second Trust Deed was wholly unsecured on the petition date and if the Property were to be sold at auction, HSBC/MS would receive nothing with respect to the Second Trust Deed.

6. The Debtor therefore takes the position that HSBC/MS's note secured by Second Trust Deed is unsecured and should be reclassified as a general unsecured claim to receive pro rata with other general unsecured creditors through the Debtors' Chapter 13 Plan.

## LEGAL ARGUMENT

In *In re Zimmer*, 313 F.3d 1220 (9th Cir. 2002), the Court stated that a wholly unsecured lien holder's claim can be modified and reclassified as a general unsecured claim pursuant to 11 U.S.C. §506(a), despite the anti-modification language in §1322(b)(2). Specifically, the Court held:

> Section 506(a) divides creditors' claims into "secured...claims" and "unsecured claims." Although the conventional interpretation of "secured" might include any claim in which the creditor has a security interest in the debtor's property, § 506(a) makes clear that the status of a claim depends on the valuation of the property. An allowed claim of a creditor secured by a lien on property in which the estate has an interest ... is a secured claim to the extent of the value of such creditor's interest in the estate's interest in such property ... and is an unsecured claim to the extent that the value of such creditor's interest ... is less than the amount of such allowed claim ...
> To put it more simply, a claim such as a mortgage is not a "secured claim" to the extent that it exceeds the value of the property that secures it. Under the Bankruptcy Code, "secured claim" is thus a term of art; not every claim that is secured by a lien on property will be considered a "secured claim." Here, it is plain that PSB

>Lending's claim for the repayment of its loan is an unsecured claim, because its deed of trust is junior to the first deed of trust, and the value of the loan secured by the first deed of trust is greater than the value of the house.

Since HSBC/MS'S Trust Deed is wholly unsecured (in that there is no equity above the first mortgage in the Property), this Court should reclassify HSBC/MS'S second mortgage claim to a general unsecured claim to be receive pro rata with like unsecured creditors. HSBC/MS should also be stripped of its secured rights under State law and the recorded Second Trust Deed should be expunged from the county records to give effect to this Court's order.

Moreover, Debtor may bring a motion to "strip off" HSBC/Ms Second Trust Deed and is not required to file an adversary proceeding. See *In re Williams*, 166 B.R. 615 (Bankr.E.D.Va.1994), *In re Fuller*, 255 B.R. 300 (Bankr.W.D.Mich.2000), *In re Hoskins*, 262 B.R. 693 (Bankr.E.D.Mich.2001), *In re King*, 290 B.R. 641 (Bankr.C.D.Ill.2003), *In re Millspaugh*, 302 B.R. 90 (Bankr.D.Idaho 2003), *Dickey v. Ben. Fin. (In re Dickey)* 293 B.R. 360 (Bankr.M.D.Pa.2003), *In re Hill*, 304 B.R. 800 (Bankr.S.D.Ohio 2003); *In re Sadala* 294 B.R. 180 (Bankr.M.D.Fla.2003), *In re Fisher*, 289 B.R. 544 (Bankr.W.D.N.Y.2003), *In re Robert, 313 B.R. 545 (Bankr.N.D.N.Y.2004)*, *In re Bennett*, 312 B.R. 843 (Bankr.W.D.Ky.2004).

WHEREFORE, Debtor prays that this Court:

1. Find that HSBC/MS is not a holder of a lien on the Property with respect to the Second Trust HSBC/MS wholly unsecured Second Trust Deed from the Property pursuant to 11 U.S.C. Section 506(a);

2. Reclassify HSBC/MS claim as a general unsecured claim to be paid pro rata with other general unsecured creditors through the Debtor's chapter 13 plan;

3. Such other relief the Court finds appropriate.

Dated: SEPTEMBER 24, 2009

/s/ Michael S. Terry, Esq.
Michael S.Terry, Esq.
Attorney for Debtor(s

# EXHIBIT A

**Zillow.com**

**6647 Star Glow Ct**
Las Vegas NV 89118
4 beds, 3.0 baths, 2,298 sq ft
**Zestimate®: $237,500**

Get a free professional valuation
**My Estimate:**

**Monthly Payment: $ 1,016 edit**
Rate Reduction Sale at Ditech

Bird's Eye View



See a

## Home Info

**Public Facts:**
- Single family
- 4 beds
- 3.0 bath
- 2,298 sqft
- Lot 7,840 sqft
- Built in 1995

## Neighborhood

**Nearby Schools:**

**District:**
 Clark
**Primary:**
 Marion B. Earl Eleme ...
**Middle:**
 Grant Sawyer Middle ...
**High:**
 Durango High School

See more Spring Valley schools

## Charts & Data



See all charts & data

**ZESTIMATE®: $237,500**
Value Range: $171,000 - $254,125
30-day change: -$6,500
*Zestimate updated: 09/18/2009*

**Last sale and tax info**

**Sold 06/01/2005:**
 $440,000
**2009 Property Tax:**
 $2,554

Work with an agent from Prudential Americana Group, REALTORS to get a professional estimate.

First Name*

Last Name*

Email Address*

Phone Number*
( ) - ext.

I am*
Please Choose One

Message (optional)

Or call (888) 321-0667